

**SO ORDERED,**



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: WOUNDER BAKER                                Case No. 22-12645-JDW
                                                    Chapter 13 Proceedings

### AGREED ORDER ON TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12)

The Court is advised that the parties have settled the matter of TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12) and agree that this Objection should be overruled. The Court finds that the agreement of the parties is well founded and should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $886.40 shall be treated as a general unsecured claim.**

**The claim of Tower Loan filed in the amount of $430.14 shall be treated as follows:**

| | |
|---|---|
| Secured | $400.00 to be paid through the plan together with interest at the rate of 7% over the life of the plan. |
| Unsecured | The remaining balance of the claim of $30.14 shall be treated as a general unsecured claim. |

Therefore, it is Ordered and Adjudged that TOWER LOAN'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#12) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

*[signature]*
_____
Prepared By:
John E. Tucker
MSB# 10020
Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001
Telephone: (601) 992-0936
Fax: (601) -99-5176


/s/ Robert Lomenick
_____
Robert Lomenick
For the Debtor
MSB#: 104186
rlomenick@gmail.com
126 North Spring Street, P.O. Box 417
Holly Springs, MS 38635


/s/ Jeffrey Tyree
_____
Locke D. Barkley
For the Trustee
ssmith@barkley13.com
6360 I55 North, Suite 140
Jackson, MS 39211